**FILED**

OCT 4 - 2010

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 08-38  (RMU) |
| | : | |
| BARRY CLARK, | : | *SEALED* |
| | : | |
| Defendant. | : | |

### ORDER

It is this 4th day of October 2010, hereby

**ORDERED** that a progress hearing in the above-captioned case shall take place on _May 3 2011_ at _9:45_.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

(N)